## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRISTOPER L. GEHMAN | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | Case No.:  20-12199 |
| | ) | |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Christopher L. Gehman, Debtor, has filed an Objection to the Proof of Claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Richard Fehling on **Thursday, August 27, 2020 at 11:00 a.m.**, The Gateway Building, 4rd Floor, 201 Penn Street, Reading, Pennsylvania.  If you or your attorney does not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:   July 14, 2020

s/Mitchell A. Sommers
MITCHELL A. SOMMERS, ESQUIRE
Attorney for Objector
Attorney I.D. #38505
107 West Main Street
Ephrata PA 17522