# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRISTOPER L. GEHMAN | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | Case No.:  20-12199 |
| | ) | |

## AMENDED CERTIFICATE OF SERVICE

    I, Mitchell A. Sommers, Esquire, P.C., hereby certify that I served a true and correct copy of the Objection to Proof of Claim No. 2 to the above-captioned matter upon the persons and in the manner set forth below:

US Trustee's Office (VIA ECF)
833 Chestnut Street
Philadelphia, PA 19107

James Parker
Bankruptcy Representative
PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541

Scott Waterman, Trustee (VIA ECF)
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

                                                          s/Mitchell A. Sommers
Mitchell A. Sommers, Esquire
Attorney for Debtor
Attorney I.D. No. 38505
107 West Main Street
Ephrata, PA 17522
(717) 733-6607

Date:  July 14, 2020