UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Christopher L. Gehman

                Debtor

Chapter 13
Bankruptcy No.20-12199-PMM

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 31st day of July, 2020, by first class mail upon those

listed below:

Christopher L. Gehman
219 Fausnacht Drive
Denver, PA  17517

**Electronically via CM/ECF System Only:**

MITCHELL A SOMMERS ESQ
107 WEST MAIN STREET
EPHRATA, PA  17522

          */s/ Deborah A. Earnshaw*
          Deborah A. Earnshaw
          for
          Scott F. Waterman, Esquire
          Standing Chapter 13 Trustee