UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CH. 13 |
| CHRISTOPHER L. GEHMAN | ) | |
| | ) | |
| Debtor | ) | No. 20-12199 |

### ORDER

NOW, upon consideration of the Debtor's Motion to Impose Automatic Stay pursuant to 11 U.S.C. Sec. 362(c)(4)(B), and notice of said motion having been served upon all interested parties, and the matter having been continued with the consent of the parties and no objection having been filed thereto and for good cause shown, IT IS HEREBY **ORDERED** that the Debtor's motion is **GRANTED** and the automatic stay shall immediately take effect in this case

BY THE COURT:

*/s/ Patricia M. Mayer/*
_____
Bankruptcy Judge

**Date: August 11, 2020**