United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 20-12199-pmm
Christopher L. Gehman                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 1            Date Rcvd: Aug 11, 2020
                             Form ID: pdf900           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db              +Christopher L. Gehman,    219 Fausnacht Drive,    Denver, PA 17517-1137
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2020 04:24:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2020 04:24:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: bankruptcy@fult.com Aug 12 2020 04:25:10     Fulton Bank, N.A.,    One Penn Square,
                 Lancaster, PA 17602-2853
                                                                                         TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              MARC A. HESS    on behalf of Creditor    Fulton Bank, N.A. bankruptcy@henrybeaver.com,
               hess@henrybeaver.com
              MITCHELL A. SOMMERS    on behalf of Debtor Christopher L. Gehman msommers@ptd.net,   kjober@ptd.net
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely  As Trustee for the NRZ Pass-Through Trust XIV
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              STEPHEN M HLADIK    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV c/o Fay Servicing, LLC
               shladik@hoflawgroup.com,   pfranz@hoflawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )        CH. 13
    CHRISTOPHER L. GEHMAN           )
                                    )
        Debtor                      )        No. 20-12199

## ORDER

NOW, upon consideration of the Debtor's Motion to Impose Automatic Stay
pursuant to 11 U.S.C. Sec. 362(c)(4)(B), and notice of said motion having been served
upon all interested parties, and the matter having been continued with the consent of the
parties and no objection having been filed thereto and for good cause shown, IT IS
HEREBY **ORDERED** that the Debtor's motion is **GRANTED** and the automatic stay
shall immediately take effect in this case

BY THE COURT:

_Patricia M. Mayer_
_____
Bankruptcy Judge

**Date: August 11, 2020**