Office Mailing Address:                                                    Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                              P.O. Box 680
Reading, PA  19606                                                        Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 20-12199-PMM**

Christopher L. Gehman                                         Petition Filed Date: 05/01/2020
219 Fausnacht Drive                                          341 Hearing Date: 06/02/2020
Denver  PA    17517                                               Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 06/03/2020 | $446.90 | 17267738142 | 07/06/2020 | $446.90 | 26004068583 | 08/04/2020 | $446.90 | 17267738204 |

**Total Receipts for the Period: $1,340.70   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,340.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,340.70 | Current Monthly Payment: | $446.90 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $134.07 | Total Plan Base: | $26,814.00 |
| Funds on Hand: | $1,206.63 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.