# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
                                          )
**CHRISTOPER L. GEHMAN**                  )        **CHAPTER 13**
                                          )
                        **Debtor**        )        **Case No.:  20-12199**
                                          )

## <u>ORDER</u>

NOW, this _____8th_____ day of _____October_____, 2020, upon consideration of Debtor's Objection to Claim No. 6-1 filed by Portfolio Recovery Associates, LLC, and notice of the objection and hearing thereon having been served on all interested parties, and for good cause shown,

IT IS HEREBY **ORDERED** that Debtor's Objection is **SUSTAINED** and the claim shall be **STRICKEN** in its entirety.

BY THE COURT:

_____

Bankruptcy Judge