United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 20-12199-pmm
Christopher L. Gehman | Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Stacey | Page 1 of 1 |
| Date Rcvd: Oct 07, 2020 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14515343 | U.S. Bank National Association, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARC A. HESS | on behalf of Creditor Fulton Bank N.A. bankruptcy@henrybeaver.com, hess@henrybeaver.com |
| MITCHELL A. SOMMERS | on behalf of Debtor Christopher L. Gehman msommers@ptd.net  kjober@ptd.net |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely As Trustee for the NRZ Pass-Through Trust XIV bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN M HLADIK | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV c/o Fay Servicing, LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-12199-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher L. Gehman
219 Fausnacht Drive
Denver PA 17517

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/07/2020.

Name and Address of Alleged Transferor(s):

Claim No. 4: U.S. Bank National Association, et. al., P.O. Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

U.S. Bank National Association
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/09/20

Tim McGrath
**CLERK OF THE COURT**