UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
    CHRISTOPHER L. GEHMAN            :           Chapter 13
                                                :
                                                :           Bk No.:  20-12199
    Debtor(s)                         :


**NOTICE OF APPLICATION FOR COMPENSATION OF DEBTOR'S COUNSEL
PURSUANT TO SECTION 331 OF THE BANKRUPTCY CODE**

    To the Debtor(s) the Chapter 13 Trustee, the United States Trustee, and all parties in interest, NOTICE IS HEREBY GIVEN:

    1.    That Mitchell A. Sommers, Esq., PC, counsel for the Debtor(s) in the above-captioned matter, has filed an Application with this Court for the Allowance of Compensation ("Application") in connection with legal services rendered to the Debtor(s) in these bankruptcy proceedings.

    2.    That the Application requests the Court to enter an Order approving counsel fees in the amount of $ 4,993.00 and expenses in the amount of $314.55 for postage and filing fee of which $2,810.00 was received prior to the post-petition filing.

    3.    That any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk, U.S. Bankruptcy Court, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601 and a copy thereof served on the counsel whose name and address appear below, within twenty-one (21) days from the date of this notice.

    4.    That in the absence of an answer, objection or request for hearing, counsel will certify the same to the Court after twenty-one (21) days from the date of this notice and the Court may enter the proposed Order approving said counsel fees.

    s/Mitchell A. Sommers
    Mitchell A. Sommers, Esq., P.C.
    Attorney for Debtor(s)
    I.D. No.: 38505
    15 South State Street, Suite 201
    PO Box 836
    Brownstown, PA 17508
    717-733-6607

Date: March 2, 2021