UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) CH. 13 |
| CHRISTOPHER L. GEHMAN | ) |
| | ) |
| Debtor | ) No. 20-12199 |
| | ) |

## CERTIFICATE OF SERVICE

I, Mitchell A. Sommers, Esquire, P.C., hereby certify that I served a true and correct copy of the 1ST Amended Chapter 13 Plan to the above-captioned matter upon the persons and in the manner set forth below:

US Trustee's Office (VIA ECF)
833 Chestnut Street
Philadelphia, PA 19107

Marc A. Hess, Esquire (VIA ECF)
Attorney for Fulton Bank, N.A.
Henry & Beaver, LLP
937 Willow Street
Lebanon, PA 17046

Scott Waterman, Trustee (VIA ECF)
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

Fay Servicing, LLC
Bankruptcy Dept.
PO Box 814609
Dallas, TX 75381-4609

s/Mitchell A. Sommers
Mitchell A. Sommers, Esquire
Attorney for Debtor
Attorney I.D. No. 38505
107 West Main Street
Ephrata, PA 17522
(717) 733-6607

Date:   March 16, 2021