United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                       Case No. 20-12199-pmm
Christopher L. Gehman                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: May 06, 2021    Form ID: pdf900    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher L. Gehman, 219 Fausnacht Drive, Denver, PA 17517-1137 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14499751 | + | Capital One, PO Box 60500, City of Industry, CA 91716-0500 |
| 14501482 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14499752 | + | Fay Servicing, LLC, PO Box 220720, Chicago, IL 60622-0720 |
| 14499753 | + | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14499754 | + | Fortiva, POBox 650847, Dallas, TX 75265-0847 |
| 14502036 | + | Fulton Bank, N.A., C/O MARC A. HESS, Henry & Beaver LLP, 937 Willow Street, P.O. Box 1140 Lebanon, PA 17042-1140 |
| 14511182 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14548246 | | U.S. Bank National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14515250 | + | U.S. Bank National Association, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14515343 | | U.S. Bank National Association, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |
| 14515064 | + | U.S. Bank National Association, not in its individ, c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 07 2021 03:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14499755 | + | Email/Text: bankruptcy@fult.com | May 07 2021 03:03:00 | Fulton Bank, PO Box 69, East Petersburg, PA 17520-0069 |
| 14501850 | + | Email/Text: bankruptcy@fult.com | May 07 2021 03:03:00 | Fulton Bank, N.A., One Penn Square, Lancaster, PA 17602-2853 |
| 14499756 | | Email/Text: unger@members1st.org | May 07 2021 03:03:00 | Members 1st FCU, 500 Louise Drive, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 14519143 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 02:55:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14522874 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14508130 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 07 2021 03:03:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 7

Case 20-12199-pmm    Doc 63    Filed 05/08/21    Entered 05/09/21 00:56:50    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: pdf900 | Total Noticed: 24 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, not in its individ |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | *+ | Fulton Bank, N.A., One Penn Square, Lancaster, PA 17602-2853 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARC A. HESS | on behalf of Creditor Fulton Bank  N.A. bankruptcy@henrybeaver.com, hess@henrybeaver.com |
| MITCHELL A. SOMMERS | on behalf of Debtor Christopher L. Gehman msommers@ptd.net  kjober@ptd.net |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely As Trustee for the NRZ Pass-Through Trust XIV bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN M HLADIK | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST XIV c/o Fay Servicing, LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: CHRISTOPHER L. GEHMAN | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 20-12199-PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: May 6, 2021**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE