| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12199-PMM**

Christopher L. Gehman
219 Fausnacht Drive
Denver  PA    17517

Petition Filed Date: 05/01/2020
341 Hearing Date: 06/02/2020
Confirmation Date:

Case Status: Dismissed Before Confirmation on 5/ 6/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2020 | $446.90 | 17267738142 | 07/06/2020 | $446.90 | 26004068583 | 08/04/2020 | $446.90 | 17267738204 |
| 09/08/2020 | $446.90 | 17267738225 | 10/06/2020 | $446.90 | 19138489457 | 11/09/2020 | $446.90 | 19186528810 |
| 12/21/2020 | $446.90 | 17267738290 | 01/07/2021 | $446.90 | 19209944864 | 02/09/2021 | $446.90 | 19209945083 |
| 03/10/2021 | $446.90 | 19231479702 | | | | | | |

**Total Receipts for the Period: $4,469.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,469.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC »» 001 | Unsecured Creditors | $388.30 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC »» 002 | Unsecured Creditors | $414.55 | $0.00 | $0.00 |
| 3 | THE BANK OF MISSOURI »» 003 | Unsecured Creditors | $329.62 | $0.00 | $0.00 |
| 4 | FAY SERVICING LLC »» 004 | Mortgage Arrears | $56,909.16 | $0.00 | $0.00 |
| 5 | FULTON BANK NA »» 005 | Ongoing Mortgage | $10,086.55 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 007 | Secured Creditors | $3,149.71 | $0.00 | $0.00 |
| 0 | MITCHELL A SOMMERS ESQ | Attorney Fees | $1,498.95 | $0.00 | $1,498.95 |

**Chapter 13 Case No. 20-12199-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,469.00 | Current Monthly Payment: | $446.90 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $366.44 | Total Plan Base: | $26,814.00 |
| Funds on Hand: | $4,102.56 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.